RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
Amy B. Cleary
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amy_Cleary@fd.org

Attorney for Benjamin Kyker

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No. 2:13-cr-00212-KJD-PAL-1 (Related Case No. 2:16-cv-01395-KJD) |
|---|---|
| Respondent/Plaintiff, | |
| v. | **Petitioner's unopposed motion to set briefing schedule to address *United States v. Davis*, 139 S. Ct. 2319 (2019)** |
| Benjamin Kyker, | |
| Petitioner/Defendant. | |

**Certification:** This motion is timely filed, as no time limitation applies.

Petitioner/Defendant Benjamin Kyker moves this Court to authorize the parties to file supplemental briefing addressing the impact of *United States v. Davis*, 139 S. Ct. 2319 (2019) on Mr. Kyker's motion to vacate under 28 U.S.C. § 2255. ECF Nos. 58, 59. A § 2255 motion to vacate may be supplemented in the same manner as any other civil action, and that process is governed by Federal Rule of Civil Procedure 15. *See* Rules Governing § 2255 Proceedings, Rule 12. Under Fed. R. Civ. P. 15(d), "[o]n motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented."

In light of this liberal standard, Mr. Kyker respectfully requests that this Court grant his motion for briefing to supplement his § 2255 motion and address updated developments in the law based on the Supreme Court's decision in *United States v. Davis*, 139 S. Ct. 2319 (2019), issued on June 24, 2019. The *Davis* decision directly applies to Mr. Kyker's § 2255 challenge that his conviction and sentence are invalid because the residual clause of 18 U.S.C. § 924(c)(3) is unconstitutionally vague.

Mr. Kyker proposes the following briefing schedule: Mr. Kyker's Supplemental Brief shall be filed by September 27, 2019; the government's Supplemental Brief shall be filed by October 11, 2019; and Mr. Kyker may file an optional reply within 7 days of the government filing its Supplemental Brief.

Counsel for the government, Appellate Chief Elizabeth Olson White, has been contacted regarding this motion and does not oppose the supplemental briefing proposed herein.

Dated: September 18, 2019.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/Amy B. Cleary*
Amy B. Cleary
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 9/30/2019

2

**Certificate of Service**

I certify that on September 18, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Nevada by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. The following non-CM/ECF participants will be served by U.S. Mail: Mr. Benjamin Kyker.

                                             */s/ Brandon Thomas*
                                             Employee of the Federal Public Defender