# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>BENJAMIN KYKER,<br><br>   Defendant. | Case No. 2:13-cr-212-KJD-PAL-1<br>(Realted Case No. 2:16-cv1394-KJD)<br><br>**FINDINGS OF FACT,<br>CONCLUSIONS OF LAW, AND<br>ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The purpose of this stipulation is to request that this Court match the supplemental briefing schedule already set in co-defendant William Stack's case. ECF No. 86.

2. Defendant Benjamin Kyker does not object to this request.

3. The parties agree to this request.

4. The additional time requested herein is not sought for purposes of delay, but for judicial efficiency.

5. Denial this request could result in a miscarriage of justice.

/ / /

/ / /

/ / /

3

## **ORDER**

IT IS THEREFORE ORDERED that Mr. Kyker's Supplemental Brief shall be filed by **October 11, 2019**.

IT IS FURTHER ORDERED that the Government's Supplemental Brief shall be filed by **October 25, 2019**.

IT IS FURTHER ORDERED that Mr. Kyker may file an optional Reply Brief within **7 days** of the Government filing its Supplemental Brief but only if it directly addresses the Government's arguments.

DATED this 9th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE