# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

BENJAMIN KYKER

                Petitioner,

v.

UNITED STATES OF AMERICA

                Respondent.

JUDGMENT

Case Number: 2:13-cr-00212-KJD

(Related case: 2:16-cv-01395-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Petitioner against Respondent.

 

March 31, 2020                                      DEBRA K. KEMPI
Date                                                     Clerk

                                                                           /s/ J. Matott
                                                                           Deputy Clerk